JS-6

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,

Plaintiff,

v.

MAIN STREET THEATRES, INC., a Nebraska corporation, COLLEEN BARSTOW, an individual; and WILLIAM BARSTOW, an individual,

Defendants.

Case No. 8:25-cv-02690-KES

[Assigned to the Hon. Karen E. Scott]

**[~~PROPOSED~~] JUDGMENT**

Complaint Filed:   December 2, 2025
Trial Date:   None

Pursuant to Plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital's Motion for Default Judgment, and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff, and against Defendants Main Street Theatres, Inc., and William Barstow, jointly and severally, in the total amount of $244,203.44; which is a sum of the following:

   a. Compensatory damages in the amount owed of $223,007.20;

      b.  Prejudgment interest in the amount of $12,281.10;

      c.  Attorneys' fees in the amount of $8,060.14; and

      d.  Costs in the amount of $855.00.

2.  The Clerk is ordered to enter this Judgment forthwith.

DATED: June 12, 2026          _Karen E. Scott_____

                     JUDGE OF THE US DISTRICT COURT

[PROPOSED] JUDGMENT
CASE NO. 8:25-cv-02690-KES